IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY CARROLL, | No. C 11-03347 YGR (PR) |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| VIEW SONIC, et al., | |
| Defendants. / | |

Plaintiff, a prisoner incarcerated at the Green Rock Correctional Center (GRCC) in Chatham, Virginia, filed the instant *pro se* civil rights action under 42 U.S.C. § 1983. On March 28, 2012, this action was reassigned to the undersigned judge. On that same date, the Court mailed Plaintiff a copy of the Reassignment Order. However, as further explained below, the Reassignment Order was returned as undeliverable on April 5, 2012.

In an Order dated June 19, 2012, the Court directed Plaintiff to show his continued intent to prosecute this action. The following is taken from the Court's June 19, 2012 Order:

> On April 5, 2012, the Reassignment Order was returned as undeliverable with two notations. The first notation states, "RTS NOT @ GRCC," which the Court interprets to mean return to sender, inmate not at GRCC. The second states, "REFUSED." This second notation usually means prison staff attempted to deliver mail to an inmate, but that inmate refused to accept its delivery. However, if Plaintiff is no longer incarcerated at GRCC, the second notation could also mean that prison staff refused to accept the Reassignment Order on Plaintiff's behalf.

(June 19, 2012 Order at 1.) Because the Court could not decide whether Plaintiff had been transferred from GRCC or had refused mail from the Court, it directed Plaintiff to file a notice of his continued intent to prosecute no later than twenty-eight days of the date of the June 19, 2012 Order.

On June 29, 2012, the Court's June 19, 2012 Order was returned to the Clerk of the Court as undeliverable. One notation on the envelope indicates that the mailing was "Disapproved for Delivery of General Correspondence." There is also another notation that the mailing was "REFUSED - UNABLE TO FORWARD." These notations indicate to the Court that Plaintiff is no longer incarcerated at GRCC, and prison staff refused to accept the June 19, 2012 Order on

1 Plaintiff's behalf. The Court notes that Plaintiff has not updated his address with the Court or
2 submitted any further pleadings in this case.

3       Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address
4 changes while an action is pending must promptly file a notice of change of address specifying the
5 new address. *See* L.R. 3-11(a). The Court may dismiss without prejudice a complaint when:
6 (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable,
7 and (2) the Court fails to receive within sixty days of this return a written communication from the
8 *pro se* party indicating a current address. *See* L.R. 3-11(b).

9       More than sixty days have passed since the Reassignment Order directed to Plaintiff by the
10 Court was returned as undeliverable on April 5, 2012. Furthermore, the Court's June 19, 2012 Order
11 was also recently returned as undeliverable, indicating that Plaintiff is no longer at GRCC. The
12 Court has not received a notice from Plaintiff of a new address. Accordingly, the petition is
13 DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The
14 Clerk of the Court shall enter judgment, terminate all pending motions, and close the file.

15     IT IS SO ORDERED.

16 DATED: July 5, 2012

                                  **YVONNE GONZALEZ ROGERS**
17                                   **UNITED STATES DISTRICT COURT JUDGE**